IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:21-CR-05027-MDH |
| ) | |
| ROBERT LENNOX, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pursuant to governing law and in accordance with Local Rule 72.1 of the United States District Court for the Western District of Missouri, Defendant Robert Lennox's ("Defendant's") request for a competency examination and determination of mental competency (Doc. 36) was referred to the United States Magistrate Judge for preliminary review under § 636(b), Title 28, United States Code. The Magistrate Judge has submitted a report and recommendation to the undersigned (Doc. 49). Neither party filed exceptions to the report and recommendation and the time to do so has expired. As such, the report and recommendation is ripe for ruling.

After careful review of the record before the Court, including the hearing transcript, the Court adopts the findings and recommendations of the United States Magistrate Judge. Defendant was examined at the Federal Detention Center in Houston, Texas by Forensic Psychologist Lesli Johnson, PhD, who prepared a report dated May 31, 2022. (Doc. 32). Dr. Johnson's report concluded no objective evidence suggests Defendant suffers a mental disorder precluding him from understanding court proceedings or from assisting in his defense. (Doc. 32 at 10). Further, defense counsel indicated at the competency hearing that Defendant intended to, "withdraw the competency issue." (Doc 48 at 4).

It is **THEREFORE ORDERED** that the report and recommendation of the United States Magistrate Judge (Doc. 49) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant is declared competent to stand trial pursuant to 18 U.S.C. § 4241.

**IT IS SO ORDERED.**

Dated: December 14, 2022                                 */s/ Douglas Harpool*
                                                                             **DOUGLAS HARPOOL**
                                                                             **UNITED STATES DISTRICT JUDGE**